# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Juan L. Mozqueda-Leon,<br><br>Plaintiff,<br><br>v.<br><br>American Builders & Contractors Supply Co., Inc.; and L&W Supply Corporation,<br><br>Defendants. | Case No. 2:22-cv-00594-RFB-DJA<br><br>**Order** |

Before the Court is a stipulation to stay discovery to allow Plaintiff's counsel to attend to a medical issue. (ECF No. 23). Considering the governing standards and the short time frame of the stay, the Court finds that a stay of discovery is appropriate in this case. *See Kor Media Group, LLC v. Green*, 294 F.R.D. 579, 581 (D. Nev. 2013) (discussing a stay of discovery pending a dispositive motion and explaining that, absent extraordinary circumstances, litigation should not be delayed simply because a non-frivolous motion has been filed). Here, extraordinary circumstances are present. The parties do not seek to stay discovery pending a dispositive motion but seek to stay discovery for a brief period to allow counsel to attend to a medical issue. A stay would thus accomplish the objectives of Rule 1: a *just*, speedy, and inexpensive determination of the action. *See* Fed. R. Civ. P. 1.

**IT IS THEREFORE ORDERED** that the stipulation to stay discovery (ECF No. 23) is **granted.** Discovery shall be stayed for thirty days, and the current discovery deadlines re-set as follows:

| | |
|---|---|
| Expert disclosures: | October 17, 2022 |
| Rebuttal experts: | November 16, 2022 |
| Close of discovery: | December 14, 2022 |

| | | |
|---|---|---|
| Dispositive motions: | | January 13, 2023 |
| Pretrial order: | | February 13, 2023[1] |

DATED: August 24, 2022

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

---

[1] Under Local Rule 26-1(b)(5), if dispositive motions are filed, the deadline for filing the joint pretrial order will be suspended util 30 days after decision on the dispositive motions or further court order.