JAMES P. KEMP, ESQ.
Nevada Bar No.: 6375
VICTORIA L. NEAL, ESQ.
Nevada Bar No.: 13382
KEMP & KEMP
7435 W. Azure Drive, Suite 110
Las Vegas, NV  89130
702-258-1183 ph /702-258-6983 fax
jp@kemp-attorneys.com
vneal@kemp-attorneys.com

Attorneys for Plaintiff
*Juan L. Mozqueda-Leon*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JUAN L. MOZQUEDA-LEON,<br><br>                       Plaintiff,<br><br>vs.<br><br>AMERICAN BUILDERS & CONTRACTORS SUPPLY CO., INC., a foreign corporation; L&W SUPPLY CORPORATION, a foreign corporation; and, DOE INDIVIDUALS I through X; and ROE BUSINESS ENTITIES I through X,<br><br>                       Defendants. | Case No.: 2:22-cv- 00594-RFB-DJA<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO STAY DISCOVERY DEADLINES**<br><br>**(SECOND REQUEST)** |

Pursuant to Local Rule ("Local Rule") IA 6-1, LR IA 6-2 and LR 7-1, Plaintiff Juan L. Mozqueda-Leon ("Plaintiff"), and Defendants American Builders & Contractors Supply Co., Inc. ("ABC") and L& W Supply Corporation ("L&W") (collectively "Defendants"),by and through their respective undersigned counsel, hereby stipulate and agree to stay the current proceedings and extend all of the deadlines as enumerated in the parties' Discovery Plan and Scheduling Order (EFC No. 23) by forty-five (45) days, effective September 21, 2022. This is the second request and stipulation for a stay and extension of all deadlines by the parties and is not

being done for the purpose of delay.

## I. Discovery Completed to Date

Defendants served their Initial Disclosures on June 1, 2022. Plaintiff also served his Initial Disclosures on June 1, 2022. On July 5, 2022, August 5, 2022, August 12, 2022, and August 19, 2022, Defendants supplemented their Initial Disclosures.

On May 19, 2022, Plaintiff propounded written discovery upon Defendants. The parties have conducted several meet and confers regarding Defendants responses and continue to work towards resolution of outstanding issues. On July 20, 2022, Defendant L&W propounded written discovery on Plaintiff. On July 5, 2022, Defendants responded to Plaintiff's written discovery requests. On or about July 20, 2022, Plaintiff served a Request for Production, Set Two.

Defendants served Subpoena Duces Tecum to the Nevada Department of Employment, Training and Rehabilitation ("DETR") on July 19, 2022. DETR's subpoena response was produced to Plaintiff on August 12, 2022. Plaintiff served a Subpoena Duces Tecum to the Nevada Equal Rights Commission ("NERC") on or about August 2, 2022, compliance is expected within the coming week.

## II. Remaining Discovery to be Completed

All depositions of parties and percipient witnesses have yet to be conducted. The depositions of Penny Fiore and Rachel Sterk were scheduled to be held on August 26, 2022, and August 29, 2022, respectively. Responses to written discovery are also being supplemented and/or responded to by both parties.

## III. Reason Discovery Cannot be Complete Within the Original Deadline

As stated in the parties' previous request, Plaintiff's lead counsel, Ms. Neal, had to attend to an emergency medical issue. As a result, Ms. Neal has been placed on a medical leave of

absence until October 20, 2022, while receiving daily treatments, therapy, and further evaluations regarding the need for surgical intervention. To conduct discovery in the most efficient manner, the parties have agreed that discovery should be stayed for forty-five days (45) days, effective September 21, 2022.

## IV. Revised Proposed Discovery Plan

All discovery in this case has and will continue to be conducted in accordance with the Federal Rules of Civil Procedure and applicable Local Rules of this District Court. The parties propose to the court the following deadlines:

    **a.**    **Discovery Cut-off Date**: The discovery cut-off deadline shall be **Monday, January 28, 2023**.

    **b.**    **Expert Disclosures.** In accordance with Rule 26(a)(2), initial disclosures identifying experts shall be made sixty (60) days prior to the discovery cut-off date, and therefore, not later than **Tuesday, November 29, 2022**. Disclosures identifying rebuttal experts shall be made thirty (30) days after the initial disclosures of experts and, therefore, not later than **Thursday, December 29, 2022.**

    **c.**    **Dispositive Motions**: The parties shall file dispositive motions not more than thirty (30) days after the discovery cut-off date and, therefore, not later than Monday, February 27, 2023.

    **d.**    **Pretrial Order**: If no dispositive motions are filed, and unless otherwise ordered by this Court, the Joint Pretrial Order shall be filed no more than thirty (30) days after the date set for filing dispositive motions and, therefore, not later than **Wednesday, March 29, 2023**. In the event a dispositive motion is filed, the date for the filing pretrial order shall be suspended until thirty (30) days after the decision of the dispositive motions or further order of the Court.

e. **Fed. R. Civ. P. 26(a)(3) Disclosures**: If no dispositive motions are filed, and unless otherwise ordered by this Court, the parties shall file the disclosures required by Fed. R. Civ. P. 26(a)(3), and any objections thereto, with the Pretrial Order pursuant to Local Rule 26-1(b)(5), not more than thirty (30) days after the date set for filing dispositive motions and, therefore, not later than **Wednesday, March 29, 2023**.

f. **Extension or Modification of the Discovery Plan and Scheduling Order**: In accordance with Local Rule 26-3, any motion or stipulation to extend a deadline set forth in this discovery plan and scheduling order shall be received by the Court no later than twenty-one (21) days before the expiration of the subject deadline.

Dated this 21st day of September 2022.         Dated this 21st day of September 2022.

/s/ Victoria L. Neal                                              /s/ Elody C. Tignor
James P. Kemp, Esq.                                         Suzanne L. Martin, Esq.
Victoria L. Neal, Esq.                                         Eldody C. Tignor, Esq.
KEMP & KEMP                                                  OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

Attorneys for Plaintiff                                        Attorneys for Defendants
JUAN L. MOZQUEDA-LEON                          AMERICAN BUILDERS & CONTRACTORS SUPPLY CO., INC and L&W SUPPLY CORPORATION

**ORDER**

**IT IS SO ORDERED:**

Dated: 9/22/2022

_____
UNITED STATES MAGISTRATE JUDGE
HONORABLE DANIEL J. ALBREGTS

**KEMP & KEMP**
ATTORNEYS AT LAW
7435 W. AZURE DR., SUITE 110
LAS VEGAS, NEVADA 89130
Tel. (702) 258-1183 ♦ Fax (702) 258-6983

4